DANJEE, INC. v. ADDRESSOGRAPH MULTIGRAPH CORP.

No. 73 PC.

Case below: 44 N.C. App. 626.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

GREENHILL v. CRABTREE

No. 86 PC.

No. 18 (Fall Term).

Case below: 45 N.C. App. 49.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 May 1980.

HARRELL v. STEVENS & CO.

No. 127 PC.

Case below: 45 N.C. App. 197.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 May 1980.

HASSELL v. WILSON

No. 25 PC.

No. 16 (Fall Term).

Case below: 44 N.C. App. 434.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 6 May 1980.

HOTEL CORP. v. TAYLOR and
    FLETCHER v. FOREMANS, INC.

No. 111 PC.

No. 20 (Fall Term).

Case below: 45 N.C. App. 229.

Petition by defendants Fletcher for discretionary review under G.S. 7A-31 allowed 6 May 1980.